## Stone's Estate

616

618

*I. Emanuel Sauder*, for exceptant.

*Isadore S. Wachs*, contra.

*Samuel Lander*, amicus curiæ.

KLEIN, J., January 27, 1939.—All the questions raised by the exceptions have been fully and correctly answered by the learned hearing judge in his comprehen-

sive adjudication and by Trimble, P. J., Orphans' Court, Allegheny County, in his scholarly opinions in Flanagan's Estate, 33 D. & C. 421 (1938).

The exceptions are therefore dismissed and the opinion confirmed absolutely.